# Exhibit 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**

**VA 1-992-715**

**Effective Date of Registration:**
October 15, 2015

## Title

**Title of Work:** Group Registration Photos, Hummingbirds, published Jan. 25, 2014 to Dec. 11, 2014: 135 photos

**Content Title:** Angry Birds, Jan. 25, 2014

Bubble On The Nose, Jan. 25, 2014

Zero In On The Good Stuff, Jan. 25, 2014

Zen 2, Jan. 25, 2014

Balance Is Everything, Jan. 25, 2014

Bottoms Up, Jan. 25, 2014

Wingspan, Jan. 25, 2014

Color Burst, Jan. 25, 2014

Gerbera Daisies 2, Jan. 25, 2014

Complicated Flower, Jan. 25, 2014

The Perch 6, Jan. 25, 2014

Downtime, Jan. 25, 2014

The Perch 5, Jan. 25, 2014

The Perch 4, Jan. 25, 2014

Eye On The Sky, Jan. 25, 2014

Gerbera Daisies 4, Jan. 25, 2014

What A Long Tongue You Have, Jan. 25, 2014

The Perch 3, Jan. 25, 2014

Feather From My Last Opponent, Jan. 25, 2014

Gerbera Daisies 7, Jan. 26, 2014

The Perch 1, Jan. 25, 2014

Folded Wings For Easy Dining, Jan. 25, 2014

Smooth Sailing 6, Jan. 26, 2014

Getting To The Bottom Of Things, Jan. 26, 2014

Unique Flower, Jan. 26, 2014

Gladiolus - Lavender, Jan. 26, 2014

Gladiolus - Orange, Jan. 26, 2014

Uh Oh, Jan. 26, 2014

Gladiolus - Pink, Jan. 26, 2014

Pretty In Pink, Jan. 26, 2014

Tiny Town, Jan. 27, 2014

Meditation, Jan. 28, 2014

Hanging Out, Jan. 28, 2014

No Flower Too Big, Jan. 28, 2014

Pink Passion, Jan. 28, 2014

Hey This Is My Flower, Jan. 28, 2014

Springtime Treat, Jan. 28, 2014

Singing In The Rain, Jan. 28, 2014

Power Drill, Jan. 28, 2014

Hummers Fighting In The Rain, Jan. 28, 2014

Rush Of Feathers, Jan. 28, 2014

Maverick, Jan. 29, 2014

Rain Or Shine 2, Jan. 29, 2014

Rain Or Shine 1, Jan. 29, 2014

Moment Of Reflection, Jan. 29, 2014

I Know Him By The White Dot, Jan. 29, 2014

Pitstop, Jan. 29, 2014

Orange Splendor, Jan. 29, 2014

Gladiolus - Red, Jan. 30, 2014

Pink Tulips, Mar 2, 2014

Smooth Sailing 8, Mar 8, 2014

Delicate Balance, Jan. 25, 2014



Tulip Treasure, Feb. 23, 2014

Versatile, Mar. 8, 2014

Foxgloves In Pink, May 14, 2014

Leaving A Feather Behind, Jan. 30, 2014

Like An Angel, Jan. 28, 2014

All In A Day's Work, Jan. 25, 2014

Orchid Attraction, Jan. 25, 2014

Aster Bud In Blue, Jan. 25, 2014

Aster Bud In Pink, Jan. 25, 2014

Pause For The Cause, Jan. 25, 2014

Orchid Attraction 2, Jan. 25, 2014

Gerbera Daisies 8, Jan. 26, 2014

Rainbow Flowers, Jan. 25, 2014

Green Goddess, Jan. 25, 2014

Gladiolus - Purple, Jan. 26, 2014

Gerbera Daisies 9, Nov. 15, 2014

Pink Gerbera Daisies, Jan. 29, 2014

Holiday Wishes, Jan. 25, 2014

Gorgeous Redhead, Jan. 25, 2014

Time To Taste The Tulips, Jan. 25, 2014

Foxgloves In White, May 14, 2014

Feathered Throat, Jan. 25, 2014

Guarding The Tulips, Jan. 25, 2014

Lost Balance, Feb. 24, 2014

Orchid Attraction 3, Apr 23, 2014

Showoff, Jan. 25, 2014

The Delphinium, Apr.13, 2014

Special Moment, Jan. 25, 2014

Candy Cane, Dec 11, 2014

Lily Pad, Jan. 25, 2014

Zen, Jan. 25, 2014

Golden Surprise, Jan. 26, 2014

Gerbera Daisies 1, Jan. 25, 2014

Gerbera Daisies 3, Jan. 25, 2014

The Perch 2, Jan. 25, 2014

Perfect Moment, Jan. 25, 2014

Prepare For Takeoff, Jan. 29, 2014

Taking Turns, Jan. 25, 2014

Wings Backward, Jan. 25, 2014

Wings Forward, Jan. 25, 2014

Whirly Bird, Jan. 25, 2014

Gerbera Daisies 5, Jan. 25, 2014

Gerbera Daisies 6, Jan. 25, 2014

The Boss, Jan. 25, 2014

Burst Of Color, Jan. 25, 2014

All My Birds, Jan. 25, 2014

Incognito, Jan. 29, 2014

What Are You Looking At, Jan. 25, 2014

Smooth Sailing 2, Jan. 26, 2014

Smooth Sailing 3, Jan. 26, 2014

Smooth Sailing 4, Jan. 26, 2014

Smooth Sailing 5, Jan. 26, 2014

Smooth Sailing 7, Jan. 26, 2014

Smooth Sailing 1, Jan. 26, 2014

Tinkerbell, Jan. 26, 2014

Grace Amongst The Petunias, Jan. 25, 2014

Just A Blur, Jan. 28, 2014

Agitation, Jan. 25, 2014

Young Costas Hummingbird, Jan. 25, 2014

Paradise, Jan. 29, 2014

He Went That Way, Jan. 25, 2014



Surprising Wingspan, Jan. 28, 2014

Secret Garden 1, Jan. 25, 2014

Secret Garden 2, Jan. 25, 2014

Secret Garden 3, Jan. 25, 2014

Secret Garden 4, Jan. 25, 2014

Secret Garden 5, Jan. 25, 2014

Featherweight, Jan. 25, 2014

Blue Orchid Feast, Jan. 25, 2014

Dreamsicle, Jan. 25, 2014

Peek-A-Boo, Jan. 25, 2014

Water Off The Wing, Jan. 25, 2014

Basking In The Sun, Jan. 25, 2014

In The Spotlight, Jan. 25, 2014

I Am Soooooo Full, Jan. 25, 2014

Whoaa, Jan. 25, 2014

Touchdown, Jan. 25, 2014

The Camera Adds 10 Ounces, Jan. 28, 2014

Out Of Here, Jan. 28, 2014

Top Gun, Jan. 25, 2014

Bird, James Bird, Jan. 25, 2014

Fly B,. Jan. 25, 2014

Aiming For The Heart, Jan. 25, 2014

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 25, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Kathleen Ann Elam
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kathleen Elam
24310 Moulton Parkway, Suite O, #192, Laguna Hills, CA, 92637, United States

## Rights and Permissions

**Name:** Kathleen Elam
**Email:** kathy@hummingbirdhangout.com
**Telephone:** (949)484-8202
**Alt. Telephone:** (949)677-4341
**Address:** 24310 Moulton Parkway
Suite O, #192
Laguna Hills, CA 92637

## Certification

**Name:** Kathleen Elam
**Date:** October 15, 2015

---

**Copyright Office notes:** Regarding publication: range of publication dates is 1/25/2014 to 12/11/2014

*0000VA00019927150404*

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VA 1-986-351**
**Effective Date of Registration:**
January 24, 2016

## Title

**Title of Work:** Group Registration Photos, Hummingbirds, published Jan 26, 2015 to Dec 25, 2015, 6 Photos

**Content Title:** Shaking Of The Rain, Jan 26, 2015

Shelter From The Rain, Jan 26, 2015

Stormy Weather, Jan 26, 2015

Master Of Flight, Feb 5, 2015

Asteroid, Mar 2, 2015

Paradise Found, Dec 25, 2015

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 26, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Kathleen Elam
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kathleen Elam
24310 Moulton Parkway, Suite O, #192, Laguna Hills, CA, 92637, United States

## Rights and Permissions

**Name:** Kathleen Elam
**Email:** kathy@hummingbirdhangout.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VA 1-986-351**
**Effective Date of Registration:**
January 24, 2016

## Title

**Title of Work:** Group Registration Photos, Hummingbirds, published Jan 26, 2015 to Dec 25, 2015, 6 Photos

**Content Title:** Shaking Of The Rain, Jan 26, 2015

Shelter From The Rain, Jan 26, 2015

Stormy Weather, Jan 26, 2015

Master Of Flight, Feb 5, 2015

Asteroid, Mar 2, 2015

Paradise Found, Dec 25, 2015

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 26, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Kathleen Elam
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kathleen Elam
24310 Moulton Parkway, Suite O, #192, Laguna Hills, CA, 92637, United States

## Rights and Permissions

**Name:** Kathleen Elam
**Email:** kathy@hummingbirdhangout.com

**Telephone:** (949)484-8202
**Alt. Telephone:** (949)677-4341
**Address:** 24310 Moulton Parkway
Suite O, #192
Laguna Hills, CA 92637 United States

## Certification

**Name:** Kathleen Elam
**Date:** January 24, 2016

**Copyright Office notes:** Regarding publication: date range: 1/26 to 12/25/2015

*0000VA00019863510202*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-065-626**

**Effective Date of Registration:**
January 12, 2017

## Title

**Title of Work:** Bathtime, Sep 17, 2016, et al.

**Previous or Alternate Title:** Group Registration/Published Photos: 18 photographs.

**Content Title:** A Title list for Group Registration Photos, Hummingbirds 2016, published Jan. 9, 2016 to Nov 28, 2016

Bathtime, Sep 17, 2016

Birds and Bees, Nov 28, 2016

Bottle Brush, June 9, 2016

Camouflage, Oct 21, 2016

Christmas Angel, Oct 20, 2016

Determination, Mar 21, 2016

Fuchsia, Feb 26, 2016

Gossamer Wings, Sep 18, 2016

Looking Up, Oct 3, 2016

Orchid Attraction4, Mar 17, 2016

Private Moment, Jan 9, 2016

Seasons Greeting, Oct 19, 2016

Sweet Spot, Mar 1, 2016

Trick Or Treat, Sep 23, 2016

Trumpet Creeper, Sep 26, 2016

Twins, June 11, 2016

Little Privacy Please, Sep 16, 2016

## Completion/Publication

**Year of Completion:** 2016

**Date of 1st Publication:** January 09, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Kathleen Elam
  **Author Created:** photograph
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Kathleen Elam
5480 Paseo Del Lago West, Apt B, Laguna Woods, CA, 92637, United States

## Certification

**Name:** Kathleen Elam
**Date:** January 12, 2017

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: Range of publication dates: Jan. 9, 2016 through Nov. 28. 2016.

*0000VA0002065626020202*