# Exhibit 3

**Kathleen Elam**

| | |
|---|---|
| **From:** | Zazzle <notifications@zazzle.com> |
| **Sent:** | Monday, November 20, 2017 1:57 PM |
| **To:** | Kathleen Elam |
| **Subject:** | Re: Delete my account |



Thanks for your message!

Our customer support team is eager to help and will reach out to you within 1-3 business days excluding weekends and holidays. If you do not receive a response in your inbox, please check your junk/spam folder. Please just send your question once — receiving multiple emails on the same issue may delay our response. In the meantime, feel free to browse our help center.

Visit Our Help Center

**Subject:**
Delete my account

**Message:**
https://www.zazzle.com/hummingbirdhangout Please delete my account all the products in it. Thanks!

**Case #:** CAS-3321594-B5M0S6

Love it. Snap it. Share it. #Zazzle

   

We promise 100% satisfaction. If you don't absolutely love it, we'll take it back!

1

Unsubscribe | Privacy Policy | User Agreement | Contact Us

© 2017 Zazzle Inc. All Rights Reserved. Zazzle Inc, 1800 Seaport Blvd. Redwood City, CA 94063

Zazzle, the Zazzle logo, Zazzle Custom Stamps, and Zazzle Profile Cards are registered trademarks or trademarks of Zazzle Inc. in the United States and other countries.

**Kathleen Elam**

| | |
|---|---|
| **From:** | Zazzle Support <support@zazzle.com> |
| **Sent:** | Tuesday, November 21, 2017 5:39 AM |
| **To:** | Kathleen Elam |
| **Subject:** | Your Zazzle Account - Termination Request .0771000000113 |



*Hello Kathleen Elam,*

*Thanks for contacting the support team at Zazzle.*

We are truly feeling sorry for losing a valuable customer. As per your request, your Zazzle account will be suspended shortly. Please note this can take a couple of business days to take effect.

**(REMOVE IF NECESSARY)** We have also unsubscribed you from the Zazzle Newsletter and promotional email list.

**(REMOVE IF NECESSARY)** Your Zazzle store has been disabled and any public products that you may have posted for sale are now no longer available for purchase.

We appreciate your participation in the Zazzle community and hope to see you again at Zazzle!

Best wishes,

------------------------------------------------------------------------------------

Usman

Customer Support

Zazzle Inc.

Incident Reference #  CAS-3321594-B5M0S6

Let us know how we did.

1

Exhibit E-002

# Zazzle

Zazzle