UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

CASE NO.: 2:20-cv-02167-JTF-cgc

KATHLEEN ELAM,

    Plaintiff,

v.

ZAZZLE INC.,

    Defendant.

## MEDIATION STATUS REPORT

Plaintiff Kathleen Elam, by and through her undersigned counsel, hereby reports that the mediation held in this matter on May 26, 2021 ended in an impasse.

Dated: June 17, 2021

Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Kathleen Elam*

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on June 17, 2021, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

                                      */s/Joel B. Rothman*
                                      Joel B. Rothman

## SERVICE LIST

Ms. Jamie Y. Otto
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
jotto@wsgr.com

Mr. Douglas F. Halijan
Mr. William D. Irvine, Jr.
Burch Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
dhalijan@bpjlaw.com
wirvine@bpjlaw.com

Mr. Victor Hao-Jan Jih
Ms. Stephanie Cheng
Wilson Sonsini Goodrich & Rosati
633 West Fifth Street
Suite 1550
Los Angeles, CA 90071
vjih@wsgr.com
stephanie.cheng@wsgr.com
Attorneys for Zazzle Inc.