# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| KATHLEEN ELAM, ) | |
| Plaintiff, ) | |
| v. ) | |
| ZAZZLE INC., ) | CASE NO.: 2:20-cv-02167-JTF-atc |
| Defendant. ) | **JURY TRIAL DEMANDED** |

## MEDIATION STATUS REPORT AND NOTICE OF SETTLEMENT

On behalf of all parties, defendant Zazzle Inc., by and through counsel, files this Mediation Status Report and Notice of Settlement. The parties participated in a second mediation on January 25, 2022 with Jack Waddey, Esq. of the Nashville office of Waller Lansden Dortch & Davis, LLP serving as mediator. The mediation was successful. The parties will promptly prepare and execute a settlement agreement, and thereafter file a Stipulation of Dismissal with Prejudice within the time period required by Local Rule 83.13(b).

Dated: January 25, 2022

By: /s/Douglas F. Halijan
**BURCH, PORTER & JOHNSON, PLLC**
DOUGLAS F. HALIJAN (BPR # 016718)
WILLIAM D. IRVINE JR. (BPR # 035193)
130 North Court Avenue
Memphis, TN 38103
Telephone: 901-524-500
Facsimile:  901-524-5024
Email:      dhalijan@bpjlaw.com
Email:      wirvine@bpjlaw.com

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
VICTOR JIH (*pro hac vice*)
STEPHANIE CHENG (*pro hac vice*)
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2932
Facsimile: (866) 974-7329
Email: vjih@wsgr.com
Email: stephanie.cheng@wsgr.com

*Attorneys for Defendant Zazzle Inc*.

## CERTIFICATE OF SERVICE

I, Douglas F. Halijan, hereby certify that on January 25, 2022 a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the Western District of Tennessee by the following:

Joel B. Rothman
Florida Bar Number: 98220
SRIPLAW
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile
joel.rothman@sriplaw.com

Daniel M. Novick
Tennessee Bar No. 031761
SRIPLAW
818 18th Avenue South, 10th Floor
Nashville, TN 37203
615.608.4600 – Telephone
561.404.4353 – Facsimile
daniel.novick@sriplaw.com

*Attorneys for Plaintiff Kathleen Elam*

/s/ Douglas F. Halijan
Douglas F. Halijan